In the Matter of the Estate of Alvin Moring, Deceased. Paul S. Moring, Executor of the Last Will and Testament of Alvin Moring, Deceased, Plaintiff-Appellee, v. Paul S. Moring, Individually, et al., Defendants-Appellees, and Iva Manus, Defendant-Appellant.

Gen. No. 11,617.

Second District, First Division.

December 11, 1962.

Manus & Manus, of Freeport (Albert H. Manus, Jr., of counsel), for appellant; Leo J. Rutkowski, of Forreston, and Eaton & Leemon, of Mt. Carroll, for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.